UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RYAN L. DELAPINIA,<br><br>                 Petitioner,<br>   v.<br>BRIAN E. WILLIAMS, SR., *et al.*,<br><br>                Respondents. | Case No. 2:17-cv-02376-MMD-CWH<br><br>ORDER |

Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted a petition for a writ of habeas corpus. He did not submit an application to proceed *in forma pauperis*, nor did he pay the filing fee of five dollars ($5.00).

It is therefore ordered that petitioner must file an application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court will send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner must make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Petitioner will have thirty (30) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 26th day of September 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE