UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RYAN L. DELAPINIA,<br><br>                    Petitioner,<br>     v.<br>BRIAN E. WILLIAMS, SR., *et al.*,<br><br>                    Respondents. | Case No. 2:17-cv-02376-MMD-CWH<br><br>ORDER |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 12), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time (first request) (ECF No. 12) is granted. Petitioner will have through May 7, 2018, to file and serve an amended petition for a writ of habeas corpus.

DATED THIS 6th day of February 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE