UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RYAN L. DELAPINIA,<br><br>                  Petitioner,<br>    v.<br><br>BRIAN WILLIAMS, SR., *et al.*,<br><br>                  Respondents. | Case No. 2:17-cv-02376-MMD-CWH<br><br>ORDER |

Petitioner filed an unopposed motion for extension of time (second request) on May 7, 2018. (ECF No. 14.)

It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 14) is granted. Petitioner will have through July 6, 2018, to file an amended petition.

DATED THIS 8th day of May 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE