UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RYAN L. DELAPINIA,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>BRIAN WILLIAMS, SR., *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 2:17-cv-02376-MMD-CWH<br><br>ORDER |

Petitioner has filed a motion to stay case and hold in abeyance. (ECF No. 18.) Respondents do not oppose the motion. (ECF No. 19.)

It is therefore ordered that Petitioner's motion to stay case and hold in abeyance (ECF No. 18) is granted.

It is further ordered that this action is stayed pending exhaustion of the unexhausted claims. Petitioner must return to this Court with a motion to reopen within forty-five (45) days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state court proceedings. Further, Petitioner or Respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

It is further ordered that the Clerk of Court administratively close this action until such time as the court grants a motion to reopen the action.

DATED THIS 23rd day of July 2018.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE