UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RYAN L. DELAPINIA, | Case No. 2:17-cv-02376-MMD-CWH |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, SR., *et al.*, | |
| Respondents. | |

Respondents have filed a motion for leave to file documents under seal (ECF No. 30). The document in question is Petitioner's pre-sentence investigation report, which contains confidential information. Good cause appearing, the Court grants Respondents' request.

Petitioner has filed an unopposed motion for extension of time (first request) (ECF No. 32). Good cause appearing, the Court grants Petitioner's request.

It is therefore ordered that Respondents motion for leave to file documents under seal (ECF No. 30) is granted.

It is further ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 32) is granted. Petitioner will have up to and including January 24, 2020, to file a response to the motion to dismiss (ECF No 26).

DATED THIS 14th day of January 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE