UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RYAN L. DELAPINIA,<br><br>　　　　　　　Petitioner,<br>　　v.<br>BRIAN WILLIAMS, SR., *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:17-cv-02376-MMD-DJA<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (first request) (ECF No. 37), which the Court will grant for good cause.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 37) is granted. Respondents will have up to and including February 14, 2020, to file and serve a reply in support of the motion to dismiss.

DATED THIS 31st day of January 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE