# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RYAN L. DELAPINIA,<br><br>                Petitioner,<br>    v.<br><br>BRIAN WILLIAMS, SR., *et al.*,<br><br>                Respondents. | Case No. 2:17-cv-02376-MMD-DJA<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (first request) (ECF No. 41). The Court finds good cause to grant Respondents' motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (first request) (ECF No. 41) is granted. Respondents will have up to and including August 5, 2020, to file and serve an answer to the amended petition (ECF No. 25).

DATED THIS 6th day of July 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE