UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RYAN L. DELAPINIA,<br><br>Petitioner,<br>v.<br><br>BRIAN WILLIAMS, SR., *et al.*,<br><br>Respondents. | Case No. 2:17-cv-02376-MMD-DJA<br><br>ORDER |

Petitioner filed an unopposed motion for extension of time (first request). (ECF No. 44.) The Court finds good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 44) is granted. Petitioner will have up to and including November 20, 2020, to file and serve a reply to the answer. (ECF No. 43.)

DATED THIS 22nd Day of September 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE