UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RYAN L. DELAPINIA, | Case No. 2:17-cv-02376-MMD-DJA |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, SR., *et al.*, | |
| Respondents. | |

Petitioner has filed an unopposed motion for extension of time (second request). (ECF No. 46.) The Court finds good cause to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (second request) (ECF No. 46) is granted. Petitioner will have up to, and including, January 4, 2021, to file and serve a reply to the answer (ECF No. 43).

DATED THIS 30th Day of November 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE