UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RYAN L. DELAPINIA, | Case No. 2:17-cv-02376-MMD-DJA |
| Petitioner, | ORDER |
| v. | |
| CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

The Court previously ordered a conditional grant of relief on narrow grounds in this habeas corpus matter brought under 28 U.S.C. § 2254. (ECF No. 53.)

On August 16, 2022, Respondents filed a Notice Regarding Satisfaction of Judgment requesting an order that the conditions of the writ are satisfied. (ECF No. 57.)

It is therefore ordered that Delapinia must respond to Respondents' Notice Regarding Satisfaction of Judgment (ECF No. 57) within 14 days after entry of this order. Respondents will have 7 days after service of Delapinia's response to file a reply, if any.

If Delapinia fails to respond within 14 days after entry of this order, the Court will order that the conditional writ is satisfied and close this case.

DATED THIS 18th Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE