# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

RYAN L. DELAPINIA,

    Petitioner,

v.

CALVIN JOHNSON, *et al.*,

    Respondents.

Case No. 2:17-cv-02376-MMD-DJA

ORDER

The Court previously ordered a conditional grant of relief on narrow grounds in this habeas corpus matter brought under 28 U.S.C. § 2254. (ECF No. 53.) On August 16, 2022, Respondents filed a Notice Regarding Satisfaction of Judgment (ECF No. 57 ("Notice")) and requested an order that the conditions of the writ are satisfied. The Court ordered Delapinia to respond to the Notice. (ECF No. 58.) Delapinia confirmed that the conditions of the writ are satisfied. (ECF No. 59.) The writ having been satisfied, there is nothing further for the Court to do in this matter.

It is therefore ordered that the conditional writ of habeas corpus (ECF No. 54) is satisfied.

The Clerk of Court is directed to close this case and enter judgment accordingly.

DATED THIS 22nd Day of September 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE